# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134358

JAMES MARTIN and LUCIA MARTIN,
     Plaintiffs-Appellants,

v

SMG,
     Defendant/Cross-Defendant/
     Third-Party Plaintiff-Appellee,

and

GRAND RAPIDS-KENT COUNTY
CONVENTION AREA AUTHORITY,
     Defendant/Cross-Plaintiff/
     Third-Party Plaintiff-Appellee,

and

GRAND RAPIDS BALLET COMPANY,
d/b/a GRAND RAPIDS BALLET,
     Third-Party Defendant.
_____/

SC: 134358
COA: 273528
Kent CC: 04-008611-NI

     On order of the Court, the application for leave to appeal the May 24, 2007 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals, for the reasons stated in the Court of Appeals dissenting opinion, and we REMAND this case to the Kent Circuit Court for further proceedings not inconsistent with this order.

     We do not retain jurisdiction.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2008

d0123

                  Clerk